Decided September 15, 2004

## THOMAS SANDERS *v.* COMMISSIONER OF CORRECTION

The respondent's petition for certification for appeal from the Appellate Court, 83 Conn. App. 543 (AC 24219), is denied.

*Jo Anne Sulik*, assistant state's attorney, in support of the petition.

*Michael O. Sheehan*, special public defender, in opposition.

Decided September 15, 2004

## KEVIN L. STROBEL *v.* ROSE LI-HWA STROBEL

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 706 (AC 24227), is denied.

*Rose Li-Hwa Strobel*, pro se, in support of the petition.

Decided September 15, 2004